IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT ROBLES HERNANDEZ, JR., AKA GILBERT ROBLES, JR., <br><br> Petitioner, <br><br> v. <br><br> SUPREME COURTS, <br><br> Respondent. _____/ | No. C 12-0025 CW (PR) <br><br> JUDGMENT |

    Pursuant to the dismissal Order signed today, the petition is DISMISSED without prejudice. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 1/10/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE